DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TERONE WOODS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-528

[September 7, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara R. Duffy, Judge; L.T. Case No. 10-16606CF10A.

Terone Woods, Miami, pro se.

No appearance required for appellee.

PER CURIAM

*Affirmed.*

KLINGENSMITH, C.J., MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***